IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Ramana K. Reddi and | ) | Chapter 7 |
| Bhavani Reddi | ) | Judge Janet S. Baer (Chicago) |
| | ) | Case No. 24-18483 |
| Debtor(s), | ) | |

## **NOTICE OF MOTION**

TO:  See attached list

  **PLEASE TAKE NOTICE** that on **Wednesday, October 29, 2025**, at **9:30 a.m**., I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL, 60604, or electronically as described below, and present the present the attached **Debtor's Motion For Authority to Sell Real Estate and Shorten Notice**, a copy of which is attached.

  All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.

  You may appear electronically by video or by telephone.

  To appear by video, use this link:  https://www.zooomgov.com/. Then enter the meeting ID and passcode.

  To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

  **Meeting ID and password.** The meeting ID for this hearing is **160 731 2971** and the password is **587656**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

.

           **Ramana K Reddi & Bhavani Reddi**

           By: /s/ Konstantine T. Sparagis

Label Matrix for local noticing
0752-1
Case 24-18483
Northern District of Illinois
Eastern Division
Tue Sep 16 15:22:47 CDT 2025

American Express National Bank, c/o Zwicker
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express National Bank
Zwicker & Assoc.
5500 Pearl St., Ste. 105
Des Plaines, IL 60018-5303

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

American Express Travel Related Services
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998-1537

American Honda Finance Corp
National Bankruptcy Services LLC
14841 Dallas Parkway Ste 300
Dallas TX 75254-7883

Amex
C/O Zwicker & Associates, P.C.
P.O. Box 9043
Andover, MA 01810-0943

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998-1535

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Amex
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Arvest Equipment Finance
P.O. Box 1670
Lowell, AR 72745-1670

BMO Harris Bank
Attn: Bankruptcy
111 West Monroe St
Chicago, IL 60603-4095

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Bank of America
Attn: Bankruptcy
Nc4-105-03-14 Pob 26012
Greensboro, NC 27410

Bank of New York Mellon u/t/a CWMBS
Donald Dechert/Marinosci Law Group
2215 Enterprise Dr., Ste. 1512
Westchester, IL 60154-5804

Bhavani LLC
6 Victoria Ct
Oak Brook, IL 60523-1730

Bitty Advance 2 LLC
12550 Biscayne Blvd, # 304-B
Miami, FL 33181-2501

Bitty Advance 2, LLC
LAW OFFICE OF RONALD J.HENNINGS P.C
PO Box 4106
Saint Charles, IL 60174-9080

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Buddy's Franchising and Licensing,
6608 Adamo Dr.
Tampa, FL 33619-3416

Buddy's Newco
8529 South Park Circle, Ste. 150
Orlando, FL 32819-9017

(p)BUDDYS NEWCO LLC D B A BUDDYS HOME FURNISH
8529 SOUTHPARK CIRCLE
SUITE 150
ORLANDO FL 32819-9017

Cadence Insurance
2909 13th st., 4th Fl
Gulfport, MS 39501-1943

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Capital One NA
AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One NA
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capreality 14-Village LLC
c/o Christopher Eads, Esq
1400N Mount Juliet Rd Suite 206
Mount Juliet TN 37122-1509

| | | |
|---|---|---|
| Chase<br>PO Box 15860<br>Wilmington, DE 19850-5860 | Chrome Capital Group, LLC<br>% David Fogel<br>1225 Franklin Ave Ste 201<br>Garden City, NY 11530-1890 | Citibank<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 |
| Citibank NA<br>Citicorp Credit Srvs/Centralized BK Dept<br>Po Box 790034<br>St. Louis, MO 63179-0034 | Citibank/Sears<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 |
| Comenity Bank/Carsons<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Commerce Bank<br>Attn: Bankruptcy<br>1001 Main St<br>Kansas City, MO 64105-2183 | Costco Citi Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 |
| Danrent LLC<br>10689 N. Pennsylvania St, Ste100<br>Indianapolis, IN 46280-1099 | Danrent LLC<br>Taft Stettinius & Hollister LLP<br>111 E Wacker Dr., Ste. 2600<br>Chicago, IL 60601-4208 | Diaz Anselmo & Assoc. LLC<br>1771 W Diehl Rd., Ste. 120<br>Naperville, IL 60563-4917 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Donald Dechert<br>Marinosci Law Group, PC<br>2215 Enterprise Dr., Ste. 1512<br>Westchester, IL 60154-5804 | Enterprise Fleet Management<br>2281 Ball Drive<br>Saint Louis, MO 63146-8603 |
| (p)EVEREST BUSINESS FUNDING LLC<br>8200 NW 52ND TERR<br>SECOND FLOOR<br>DORAL FL 33166-7852 | Family Business Fund LLC<br>101 Plaza S Ste. 216<br>Boca Raton, FL 33432 | Fenix Capital Funding<br>9265 4th Ave., 2nd Floor<br>Brooklyn, NY 11209-7006 |
| First Chatham Bank<br>Regas, Frezados & Dallas LLP<br>20 N Clark St., Ste. 1103<br>Chicago, IL 60602-2744 | Franklin, Greenswag, Channon & Capi<br>181 Waukegan Road, Ste. 205<br>Winnetka, IL 60093-2700 | GOLDSTEIN & MCCLINTOCK LLLP<br>111 W. WASHINGTON, SUITE 1221<br>Chicago, IL 60602-3482 |
| (p)HEADWAY CAPITAL<br>175 W JACKSON BLVD SUITE 1000<br>CHICAGO IL 60604-2863 | Hit 55 Ventures, LLC<br>Holland & Knight<br>150 N Riverside Plaza, ste. 2700<br>Chicago, IL 60606-1571 | Ideal Software Systems, LLC<br>3839 Hwy 45N<br>Meridian, MS 39301-1518 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jpmcb<br>MailCode LA4-7100<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| Lending Club<br>Attn: Bankruptcy<br>595 Market St<br>San Francisco, CA 94105-5839 | Liberty Lending<br>120 Birmingham Dr., Ste. 230<br>Cardiff by the Sea, CA 92007-1744 | Lilola Homes<br>1261 E. Airport Drive<br>Ontario, CA 91761-2001 |

(p)PAYPAL
3505 SILVERSIDE RD
STE 200
WILMINGTON DE 19810-4905

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Mad Productions, LLC
3002 Ave of The Cities
Moline IL 61265-4318

Maria Papas DDS
6743 Kingery Hwy
Willowbrook IL 60527-5142

Marketplace of Rockford LLC
5800 E State St at Milfor
Rockford IL 61108

Mr. Advance
35-12 19th Street, Ste. 3W
Astoria, NY 11105-1001

Narra US (NBFII Inc)
C/O Boris Yankovich
415 Ocean View Ave, Floor 3
Brooklyn, NY 11235-6828

National Funding
4380 La Jolla Village Dr.
San Diego, CA 92122-1233

Newco Holdings LLC
4705 S. Apopka Vineland Rd.,Ste 206
Orlando, FL 32819-3151

Newco Holdings LLC
Foley & Larder LLP
321 N Clark St., Ste. 3000
Chicago, IL 60654-4762

(p)O'ROURKE SALES COMPANY
3885 ELMORE AVE
STE 100
DAVENPORT IA 52807-2580

Old National Bank
Attn: Bankruptcy
1 Main Street
Evansville, IN 47708-1464

Paz Funding Source, LLC
850 S. Robertson Blvd
Los Angeles, CA 90035-1641

RIVERO GORDIMER & COMPANY PA
201 N. Franklin Street, Ste. 2600
Tampa, FL 33602-5848

Rapid Finance
C/O LCS Financial Services Corporation
6782 S. Potomac St #100
Centennial, CO 80112-8000

Rapid Finance Small Business Soluti
4500 East West Highway, 6th Fl.
Bethesda, MD 20814-3327

Reddi Rent Three, LLC
6 Victoria Ct
Oak Brook, IL 60523-1730

Reddi Rents Iowa, LLC
6 Victoria Ct
Oak Brook, IL 60523-1730

Reddi Rents LLC
6 Victoria Ct
Oak Brook, IL 60523-1730

Reddi Rents One, LLC
6 Victoria Ct
Oak Brook, IL 60523-1730

Reddi Rents Three, LLC
6 Victoria Ct
Oak Brook, IL 60523-1730

Rival Funding
Registered Agent, Inc.
8 the Green, Ste. A
Dover, DE 19901-3618

Saikley Garrison Colombo & Barney
c/o Edwin Barney, Esq
208 W North
Danville, IL 61832-5733

Schain Banks
70 W Madison St Ste 5300
Chicago IL 60602-4379

Small Business Financial Sol LLC
4500 East West Hwy, 6th Fl
Bethesda, MD 20814-3327

Specialized Loan Servicing LLC
Attn: Bankruptcy
P.O. Box 630147
Littleton, CO 80163-0147

Synchrony Bank/AVB Buying Group
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/HHGregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

```
(p)US BANK                          US Small Business Admin              Us Small Business Administration
PO BOX 5229                         409 3rd St., SW                      2 North St Suite 320
CINCINNATI OH 45201-5229            Washington, DC 20416-0005            Birmingham AL 35203



Wells Fargo Bank NA                 Wells Fargo Jewelry Advantage        Adam G. Brief
Attn: Bankruptcy                    Attn: Bankruptcy                     Office of the U. S. Trustee, Region 11
1 Home Campus Mac X2303-01a 3rd Floor Pob 10438 Mac F8235-02f            219 South Dearborn
Des Moines, IA 50328-0001           Des Moines, IA 50306-0438            Room 873
                                                                         Chicago, IL 60604-2027


Bhavani K Reddi                     Ilene F Goldstein ESQ                Konstantine T. Sparagis
6 Victoria Ct.                      Law Firm of Ilene F. Goldstein       Law Offices of Konstantine Sparagis P C
Oak Brook, IL 60523-1730            2070 Greenbay Road                   900 W. Jackson Blvd., Ste. 4E
                                    Pmb 201                              Chicago, IL 60607-3745
                                    60035
                                    Highland Park, IL 60035-2412

Ramana K Reddi                                                           Diaz Anselmo & Associates, LLC
6 Victoria Ct.                      Matthew T. Gensburg │ Senior Counsel 1771 West Diehl Rd., Ste. 120
Oak Brook, IL 60523-1730            Gensburg Calandriello & Kanter, P.C. Naperville, IL 60563
                                    200 West Adams Street │ Suite 2425 │ Chicago, IL 60606  midwestpleadings@dallegal.com
                                                                         Attorney for Wilmington Savings Fund
                                                                         Society FSB
```

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

```
Bmw Financial Services              Buddys Home Furnishings              Everest Business Funding
Attn: Bankruptcy/Correspondence     8529 South Park Circle, Ste. 150     5 W 37th St., Ste. 1100
Po Box 3608                         Orlando, FL 32819                    New York, NY 10018
Dublin, OH 43016



Headway Capital                     Illinois Department of Revenue       Loan Builder/Paypal
175 W. Jackson Blvd., Ste. 1000     Bankruptcy Unit                      3505 Silverside Road
Chicago, IL 60604                   PO Box 19035                         Wilmington, DE 19810
                                    Springfield, IL 62794



Macy's/ DSNB                        O'Rourke Sales Company               (d)O'Rourke Sales Company
Atytn: Bankruptcy                   3885 Elmore Ave                      3885 Elmore Ave., Ste. 100
701 E. 60th Street North            Ste 100                              Davenport, IA 52807
Sioux Falls, SD 57104               Davenport, IA 52807



US Bank
PO Box 790408
Saint Louis, MO 63179
```

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)First Chatham Bank

(u)NewRez LLC dba Shellpoint Mortgage Servici

(d)Bhavani, LLC
6 Victoria Ct
Oak Brook, IL 60523-1730

(d)Reddi Rents Iowa, LLC
6 Victoria Ct.
Oak Brook, IL 60523-1730

(d)Reddi Rents One, LLC
6 Victoria Ct.
Oak Brook, IL 60523-1730

(d)Reddi Rents One, LLc
6 Victoria Ct
Oak Brook, IL 60523-1730

(d)Reddi Rents Three, LLC
6 Victoria Ct
Oak Brook, IL 60523-1730

(d)Reddi Rents Three, LLC
6 Victoria Ct.
Oak Brook, IL 60523-1730

(d)Reddi Rents Three. LLC
6 Victoria Ct
Oak Brook, IL 60523-1730

End of Label Matrix
Mailable recipients    99
Bypassed recipients     9
Total                 108

Konstantine Sparagis (6256702)
Law Offices of Konstantine Sparagis, P.C.
900 W. Jackson Blvd., Ste. 4E
Chicago, IL 60607
312-753-6956
gus@konstantinelaw.com

## Certificate of Service

I, Konstantine T. Sparagis, an attorney certify that I caused copies of the foregoing Notice of Motion and Motion described therein to be served upon the parties on the attached Service List via email, first class, U.S. Mail, postage pre-paid, or via electronic Pacer notice where noted on October 21, 2025 before the hour of 5:00 p.m.

By:     /s/ Konstantine T. Sparagis

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
    Ramana K. Reddi and )    Chapter 7
    Bhavani Reddi )    Judge Janet S. Baer (Chicago)
     )    Case No. 24-18483
    Debtor(s), )

## MOTION FOR AUTHORITY TO SELL REAL ESTATE

**NOW COME** the Debtors, Ramana K Reddi and Bhavani Reddi, the above-named debtors, by and through their attorney of record, Konstantine Sparagis of the Law Offices of Konstantine Sparagis, P.C., and move this court for entry of an order granting them authority to sell real estate, and in support thereof state as follows:

1.    On December 11, 2024, the Debtors filed the above captioned voluntary petition under Chapter 7 of Title 11 of the United States Code.

2.    On January 9, 2025, the Debtors appeared for their 341 Meeting of Creditors.

3.    This is a core proceeding within the provision of 28 U.S.C. § 157(b)(2)(A) and (N) and this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334.

4.    Venue is proper is this district pursuant to 28 U.S.C. § 1408 and 1409.

5.    The Debtors own the beneficial interest in the land trust that owns the residential property located at 6 Victoria Court, Oak Brook, Illinois 60523 ("the Property").

6.    The Property is encumbered by several liens including a first mortgage in favor of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF SHELLPOINT CO-ORIGINATOR TRUST 2016-1 ("Shellpoint"). Shellpoint holds a first mortgage in the approximate amount of $316,000 as of January 2025. See Dkt. #20 – Motion for Relief from Stay

by Shellpoint.

7.      The Property is further subject to a lien in favor of First Chatham Bank which has sold or assigned its interest to Cadence Bank ("Cadence").  Cadence holds a second position mortgage in excess of $1,125,000 as of December 2024.  See Dkt. #14 – Motion for Relief from Stay by FCB.

8.      Both Shellpoint and FCB have previously filed motions to modify the stay based on no equity in the Property and default on payments which were granted by the Court.  See Dkt. #s 14, 20 and 26.

9.      The Property is subject to foreclosure in the state court under the consolidated case numbers 23FC742 and 24FC578 which are pending in DuPage County, Illinois.  A judgment of foreclosure was entered in connection with the foreclosure cases on July 8, 2025.

10.      The Debtors have received an offer to sell the Property for $950,000, pursuant to a real estate contract executed by the Debtors and Matthew Allen Farkas and Padma Reddi (the "Buyers"), a copy of which has been attached hereto as Exhibit "A" ("the Contract").  Upon information and belief, the proposed sale price is at, near or above the fair value of the Property. See copy of Zillow Estimate of $800,000 attached as Exhibit B.  The Buyers are the Debtors' daughter and son in law and with this information, the proposed short sale has been approved by Cadence.  See Exhibit C.  Further, time is of the essence because there is a sale date scheduled in the judicial foreclosure set for November 4, 2025.  See Notice of Sale attached as Exhibit D.

11.      The sale transaction is a short sale meaning there will be no excess funds to pay either the Debtors, the Debtors' homestead exemption or any unsecured creditors.  All proceeds from the sale of the Property are proposed to be first used to pay off all existing mortgages and other liens against the Debtors' real estate plus usual customary closing fees and costs, to the extent

funds are available to pay all such amounts.  Any proceeds from sale remaining after payment of the foregoing costs shall be tendered to the trustee Ilene F. Goldstein.

12.     That given the urgent nature of this matter, the Debtors are requesting that the notice period be shortened from 21 days to the actual notice given as adequate pursuant to Bankruptcy Rule 9006(c)(1).

**WHEREFORE**, the Debtors pray this Honorable Court enter an order granting Debtors authority to sell their real estate, shortening the notice requirement, and for any further relief in the Debtors' favor as this court deems just or necessary.

Dated October 21, 2025

Respectfully Submitted,
**Ramana K Reddi and Bhavani Reddi**

/s/     Konstatine T. Sparagis
Attorney for Debtors

Konstantine Sparagis, ARDC #6256702
Law Offices of Konstantine Sparagis, P.C.
900 W. Jackson Blvd., Ste 4E
Chicago, IL  60607
Ph. 312.753.6956
gus@konstantinelaw.com